JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

|  |  |
|---|---|
| CAROLE THOMPSON, | FMO<br>CASE NO. 8-12-cv-01313-~~CJC~~-MLG |
| Plaintiff, | [~~PROPOSED~~] ORDER GRANTING STIPULATION RE DISMISSAL OF ENTIRE ACTION AND ALL PARTIES, WITH PREJUDICE |
| vs. | |
| COLLECTO, INC., DBA EOS CCA, | |
| Defendant. | |

The Court has reviewed the Stipulation of Plaintiff CAROLE THOMPSON and Defendant EOS CCA to dismiss with prejudice the above-entitled action, in its entirety.  Pursuant to the Joint Stipulation between parties, the Court orders as follows:

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

07200.00/194410

1      That the above-entitled lawsuit is hereby dismissed, with prejudice, pursuant

2  to FRCP 41(a)(1).

3

4  

**IT IS SO ORDERED**

5

6  DATED:  <u>May 20, 2013</u>          <u>/s/ Fernando M. Olguin</u>

7                                        UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CARLSON & MESSER LLP
5959 W. CENTURY BOULEVARD, SUITE 1214
LOS ANGELES, CALIFORNIA 90045

2

07200.00/194410

[PROPOSED] ORDER RE: STIPULATION RE DISMISSAL
CASE NO: 8-12-cv-01313-CJC-MLG