JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | |
|---|---|
| CAROLE THOMPSON,<br><br>    Plaintiff,<br><br>vs.<br><br>COLLECTO, INC., DBA EOS CCA,<br><br>    Defendant. | FMO<br>CASE NO. 8-12-cv-01313-~~CJC~~-MLG<br><br>[PROPOSED] ORDER GRANTING STIPULATION RE DISMISSAL OF ENTIRE ACTION AND ALL PARTIES, WITH PREJUDICE |

The Court has reviewed the Stipulation of Plaintiff CAROLE THOMPSON and Defendant EOS CCA to dismiss with prejudice the above-entitled action, in its entirety. Pursuant to the Joint Stipulation between parties, the Court orders as follows:

///
///
///
///
///
///
///

1

1  That the above-entitled lawsuit is hereby dismissed, with prejudice, pursuant
2  to FRCP 41(a)(1).

**IT IS SO ORDERED**

DATED: May 20, 2013          /s/ Fernando M. Olguin
                             UNITED STATES DISTRICT JUDGE

CARLSON & MESSER LLP
5959 W. CENTURY BOULEVARD, SUITE 1214
LOS ANGELES, CALIFORNIA 90045

2

07200.00/194410

[PROPOSED] ORDER RE: STIPULATION RE DISMISSAL
CASE NO: 8-12-cv-01313-CJC-MLG